**Order filed February 12, 2015.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00696-CR**

_____

**ALEJANDRO MORALES CALLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1384626**

## ORDER

Appellant is represented by appointed counsel, Melissa Martin. Appellant's brief was originally due November 10, 2014. We granted a total of 90 days extension of time to file appellant's brief until February 10, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On February 9, 2015,

counsel filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

We order Melissa Martin to file a brief with the clerk of this Court on or before March 12, 2015. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown